IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BETTY J. ARMSTRONG, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 04-0508-P-M |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) |
| | ) |
|    Defendant. | ) |

ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections raised, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated June 2, 2005 (doc.14), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that plaintiff's Motion For Attorney Fees and Expenses Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc.10), be and is hereby GRANTED, and that plaintiff's counsel, Joseph A. Zarzaur, Jr., be awarded an attorney's fee and expenses, in the amount of $1,264.69 (8.75 hours x $125.00 per hour = $1,093.75) + $170.94 in expenses = $1,264.69)).

DONE the 14th day of July, 2005.

   S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE